**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Dennis Marlowe and Alyce Marlowe,  )<br>                      )<br>           Plaintiffs,    )<br>                      )<br>    vs.               )<br>                      )<br>Pinal County, et a.,          )<br>                      )<br>           Defendants.    )<br>_____) | No. CV-06-1347-PHX-PGR<br><br><u>AMENDED SCHEDULING ORDER</u> |

IT IS ORDERED that the plaintiffs' Second Motion to Extend Time to Disclose Expert (doc. #36) is granted to the extent that the Scheduling Order (doc. #18) is amended as follows:[1]

(1) The plaintiffs shall disclose their experts and their reports, if any, no later than **3/12/07**, the defendants shall disclose their experts and their reports, if any, no later than **4/16/07**, and rebuttal expert opinions, if any, shall be disclosed no later than **5/2/07**;

---

[1] All unamended terms and provisions of the Scheduling Order (doc. #18) shall remain in full force and effect.

- 1 -

1       (2) Expert witness depositions shall be completed no later than **6/15/07**,
2  and all fact discovery shall be completed no later than **8/1/07;**
3       (3) All dispositive motions shall be filed no later than **9/4/07**;
4       (4) The Joint Pretrial Statement and all motions in limine shall be filed no
5  later than **9/28/07**;
6       (5) The Pretrial Conference set for 8/27/07 is vacated and is reset to
7  **Monday, 10/29/07 at 3:00 p.m.** in Courtroom 601.
8       DATED this 7th day of February, 2007.

_____
Paul G. Rosenblatt
United States District Judge