**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dennis Marlowe, et ux.,<br><br>                Plaintiffs,<br>   vs.<br>Pinal County, et al.,<br><br>                Defendants. | No. CV-06-1347-PHX-PGR<br><br>ORDER |

       Having preliminarily reviewed the defendants' Separate Statement of Facts Supporting Motion for Summary Judgment (doc. #50), the Court finds that the document should be stricken from the record with leave to refile.

       First, the defendants have failed to comply with the District of Arizona's General Order 04-26, which implements §205(c)(3) of P.L.107-347, the E-Government Act of 2002, by failing to delete personal identifiers from the exhibits. *See e.g.*, page 5 of the deposition of Dennis Marlowe, Exhibit 4. General Order 04-26 provides in relevant part that "effective January 17, 2005, the following personal identifiers must either be excluded or partially redacted from any document filed in a civil or criminal case, whether filed in paper or electronic form: Social Security Numbers to the last four digits; ... dates of birth to the year."[1]  The

---

[1] A copy of the general order is available on the District of Arizona's website.

defendants shall review all of their exhibits for compliance with General Order 04-26 prior to refiling their statement of facts.

Second, the defendants' deposition exhibits are not properly authenticated. *See* Orr v. Bank of America, NT & SA, 285 F.3d 764, 774 (9th Cir. 2002).  The defendants shall properly authenticate all of their exhibits prior to refiling their statement of facts. The parties are advised that the Court will not consider unauthenticated documents in resolving the summary judgment motion. Therefore,

IT IS ORDERED that the defendants' Separate Statement of Facts Supporting Motion for Summary Judgment (doc. #50) is stricken from the record in its entirety.

IT IS FURTHER ORDERED that the defendants shall file their Amended Separate Statement of Facts Supporting Motion for Summary Judgment in compliance with this Order no later than September 12, 2007.[2]

DATED this 5th day of September, 2007.

Paul G. Rosenblatt
United States District Judge

---

[2] The parties are advised that the capitalization of the parties' names in the caption of a document filed with the Court violates LRCiv 7.1(a)(3).

- 2 -