**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dennis Marlowe, et ux., <br><br>        Plaintiffs, <br>    vs. <br><br> Pinal County, et al., <br><br>        Defendants. | No. CV-06-1347-PHX-PGR <br><br> <u>ORDER</u> |

In an order (doc. #51) entered on September 5, 2007, the Court struck the defendants' statement of facts supporting their summary judgment motion with leave to refile because the document violated the District of Arizona's General Order 04-26 by failing to delete personal identifiers from exhibits and because it failed to properly authenticate certain exhibits.  Having placed counsel on notice that these types of deficiencies were unacceptable, the Court finds it to be inexplicable that it has to issue the same type of order with regard to the plaintiffs' Statement of Facts (doc. #57), filed October 19, 2007.

A preliminary review of the plaintiffs' document reveals that it improperly contains personal identifiers regarding Alyce Marlowe, *e.g.* her birth date and Social Security number. *See* page 1 of Exhibit 4 (Page 7 of Mrs. Marlowe's deposition.)   The Court's review also reveals that the plaintiffs have not made

any effort to properly authenticate their exhibits.[1]  *See e.g.*, Orr v. Bank of America, NT & SA, 285 F.3d 764, 774 (9th Cir. 2002).  Therefore,

      IT IS ORDERED that Plaintiffs' Statement of Facts in Support of its [sic] Opposition to Defendants' Motion for Summary Judgment (doc. #57) is stricken from the record in its entirety.

      IT IS FURTHER ORDERED that the plaintiffs shall file their Amended Statement of Facts in Support of Their Opposition to Defendants' Motion for Summary Judgment no later than October 31, 2007.[2]

      DATED this 23rd day of October, 2007.

                              */s/ Paul G. Rosenblatt*
                              Paul G. Rosenblatt
                              United States District Judge

---

[1] The Court also notes that the affidavit of the plaintiffs' expert, Alan Baxter, states that a copy of his Curriculum Vitae is attached.  It is not attached.

[2] The plaintiffs shall place the correct case number on their amended statement of facts.