**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dennis Marlowe, et ux.,<br><br>        Plaintiffs,<br>   vs.<br><br>Pinal County, et al.,<br><br>        Defendants. | No. CV-06-1347-PHX-PGR<br><br>ORDER |

The parties having filed a Stipulation to Dismiss, With Prejudice (doc. #74) which is sufficient to automatically effectuate the dismissal of this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) without the necessity of a court order, Eitel v. McCool, 782 F.2d 1470, 1472-73 and n.4 (9th Cir. 1986),

IT IS ORDERED that the Clerk of the Court shall terminate this action.

DATED this 24th day of November, 2008.

Paul G. Rosenblatt
United States District Judge